JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Dwain Lammey**,<br><br>    Plaintiff,<br><br>    v.<br><br>**Leon E. Valdry,** in individual and representative capacity as trustee of The Leon E. Valdry Trust;<br>**Lee's Caribbean Restaurant, Inc.,** a California Corporation<br><br>    Defendants. | **Case:** 2:20-cv-10655-RGK-AS<br><br>[~~Proposed~~] **JUDGMENT** |

Plaintiff's motion for summary judgment came on for hearing before this Court on January 10, 2022. The Plaintiff has provided the facts necessary to establish that a violation under the Americans with Disabilities Act has occurred, and is entitled to an injunction requiring Defendants to provide an accessible sales counter. Therefore, after consideration of the briefs and arguments of counsel, and all other matters presented to the Court, it is hereby ORDERED that plaintiff's motion for summary judgment is GRANTED, and judgment is entered in favor of Plaintiff. Within 60 days of the date of this Judgment, Defendants shall

install and maintain an ADA compliant transaction counter in the business located at 1041 S. Prairie Ave., Inglewood, CA.

Dated: January 27, 2022      By: _____
                                R. Gary Klausner
                                United States District Judge